# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HARRIS RESEARCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:23-cv-001099 |
| v. ) | |
| ) | District Judge Aleta A. Trauger |
| HOSPITALITY FUTURE LABS, LLC and ) | |
| ADAM SCHRODER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Michael A. Johnson and the law firm of Kay Griffin Evans, PLLC respectfully move this Court for the entry of an order allowing them to withdraw as local counsel of record for Defendants due to their failure to comply with the terms of the undersigned's representation. Pursuant to Local Rule 83.01(g), undersigned counsel certifies that he has provided both written notice to Defendants of his intention to withdraw from the case at least fourteen (14) days prior to the filing of the instant Motion. A copy of the written notice is appended hereto as **Exhibit 1**.

Pursuant to Local Rule 7.01(a), undersigned counsel conferred with Plaintiff's counsel, who stated they oppose the relief sought in this motion.

Respectfully submitted,

s/ Michael A. Johnson
Michael A. Johnson (#30210)
KAY GRIFFIN EVANS, PLLC
222 Second Avenue North, Suite 340M
Nashville, TN 37201
Tel: (615) 690-2473
mjohnson@kaygriffin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF on all counsel of record:

Charles C. McLaurin (TN BPR No. 34352)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5663 (T)
cmclaurin@bakerdonelson.com

Steven F. Griffith, Jr. (La. Bar No. 27232)
(pro hac vice application forthcoming)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
(504) 566-5200 (T)
sgriffith@bakerdonelson.com
*Counsel for Plaintiff*

Todd E. Zenger (pro hac vice)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, UT 84102
tzenger@durenip.com

on this the 1st day of May, 2024.

                                              s/ Michael A. Johnson