# EXHIBIT 1

**Subject:** Re: Your Client: ADAM SCHRODER
**Date:** Wednesday, April 17, 2024 at 3:15:04 PM Pacific Daylight Time
**From:** Michael Johnson
**To:** Adam Schroder
**CC:** John J. Griffin
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.gif, image006.gif, image007.gif, image008.gif

Adam—

See below from the Department of Commerce. Our firm will be withdrawing from the Nashville case.



**Michael A. Johnson**
Member

**Mobile:** 615.594.5329
mjohnson@kaygriffin.com

---

**From:** Rayni M. Nakamura-Watanabe <rnakamur@dcca.hawaii.gov>
**Date:** Wednesday, April 17, 2024 at 3:45 PM
**To:** Michael Johnson <mjohnson@kaygriffin.com>
**Subject:** Re: Your Client: ADAM SCHRODER

Mr. Johnson:

This is to inform you that your client, Adam Schroder, recently left several harassing voicemails for Nadine Ando, Director of the Department of Commerce and Consumer Affairs (DCCA), replete with name-calling, profanity, threats, and other offensive language, once again claiming that the DCCA is violating his rights and allowing Hawaii's franchise laws to be broken and demanding that she call him directly.  He also sent the email below to the DCCA's general inbox, which shows that he is using a new email address <info@rugz.co>.

Your April 12, 2024 emails states that it was your understanding that Mr. Schroder had contacted me to withdraw the complaint that he filed against Harris Research, Inc.  Based on Mr. Schroder's email below and the voicemails that he left for Director Ando, it would appear that Mr. Schroder is still of the position that the DCCA has, or should have, an "open" case against Harris Research, Inc., and thus, it seems highly unlikely
that Mr. Schroder made any such withdrawal despite any representation that he may have made to you.

If you would be so kind as to contact me to further discuss your client's recent verbal and written threats and demands, I would appreciate it.

I look forward to hearing from you.

Thank you,
Rayni

---

Rayni M. Nakamura-Watanabe | Supervising Attorney
Securities Enforcement Branch | Business Registration Division
Department of Commerce and Consumer Affairs
State of Hawaii
335 Merchant Street, Suite 205
Honolulu, Hawaii 96813
t | (808) 586-2740  f | (808) 586-3977  w | investing.hawaii.gov

Connect with us on

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Adam Schroder <info@rugz.co>
**Sent:** Monday, April 15, 2024 8:00 PM
**To:** DCCA DCCA <dcca@dcca.hawaii.gov>
**Subject:** [EXTERNAL] Re: Fwd: Client Adam Schroder - Case No. SEB20220025

**CAUTION:** This email originated from outside of Hawaii State Gov't / DCCA. Do not click links or open attachments unless you recognize the sender and are expecting the link or attachment.

dcca,

You will need to stop being childish now and deal with me directly there are no longer lawyers involved, your allowance of violation of hawaii state franchise law for many years and my rights under the same have been unlawful and negligence, unblock me now do your jobs and uphold the laws of this STATE!

You may contact me at +17135698583 so you may conclude the case you have let sit for years without action while hawaii state law is violated over and continuously

The fact that you blocked me will be used against you in the lawsuit I file against you and

the state of Hawaii

You have refused to do anything and now you will resolve this by contacting me directly...

---- On Mon, 15 Apr 2024 19:52:12 -1000 Adam Schroder<cto@hospitalityfuturelabs.com> wrote ----

Sent from my iPhone

Begin forwarded message:

> **From:** Adam Schroder <cto@hospitalityfuturelabs.com>
> **Date:** October 20, 2023 at 8:43:02 PM GMT+3
> **To:** DCCA DCCA <dcca@dcca.hawaii.gov>, nando@dcca.hawaii.gov
> **Cc:** tzenger@durenip.com
> **Subject: Client Adam Schroder - Case No. SEB20220025**
>
> Todd will be calling you today to report the ongoing violations and stop sending todd shot unless your doing your job your bs is being reported to the gov offive
> Meanwhile hawaii law is being broken actively and you WILL be held accountable
> Your little baby word games just shows why you all have let hawaii law be cont broken
>
> Get you fucking acts together and enforce gawaii law
>
> My lawyer jsnt my daddy idiots and I'm not gling anywhere until you all are held accountable
>
> Do your job and enforce hawaii law
>
> Also the poa was confidential who gave it to you muffs
> Sent from my iPhone
>
>> On Oct 20, 2023, at 7:38 AM, DCCA DCCA <dcca@dcca.hawaii.gov> wrote:
>>
>> Dear Mr. Zenger,
>>
>> Attached is a correspondence addressed to you regarding your client Mr. Adam Schroder in the matter of Harris Research, Inc.; Case No. SEB20220025.
>>
>> Sincerely,
>>
>> Department of Commerce and Consumer Affairs
>> State of Hawaii
>>
>> THIS MESSAGE IS ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
>> TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS

PRIVILEGED, CONFIDENTIAL, EXEMPT FROM DISCLOSURE AND/OR PROTECTED UNDER APPLICABLE LAW.  If the reader of this message is not the intended recipient, or the employee responsible for delivering the message to the intended recipient, you are hereby notified that dissemination, distribution, copying or any other use of this communication is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message, any attachments and all copies.  Your cooperation is appreciated.

<10-19-2023 Ltr to Zenger Esq re A. Schroder (part 1) - signed.pdf>